UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MOHAMED ABDALLA MAHMOUD,<br><br>             Plaintiff,<br>     v.<br><br>JEREMY BEAN, *et al.*,<br><br>             Defendants. | Case No. 3:25-cv-00241-MMD-CLB<br><br>ORDER |

*Pro se* Plaintiff Mohamed Abdalla Mahmoud, who is currently in the custody of Ely State Prison, brought this civil rights action under 42 U.S.C. § 1983 and submitted an application to proceed *in forma pauperis* ("IFP") with miscellaneous motions (ECF Nos. 1, 1-1, 1-2), a motion to exceed the page limit for complaints with an attached complaint (ECF Nos. 13, 13-1), and a motion for leave to file a first amended complaint ("FAC") along with an attached proposed FAC (ECF Nos. 14-1, 14-2). Before the Court screened any complaint, however, Mahmoud filed a motion to dismiss without prejudice. (ECF No. 15.)

Under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, a "plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party either serves an answer or a motion for summary judgment." No responsive pleading has been filed in this case, so the Court acknowledges that this case has been dismissed without prejudice.

It is therefore ordered that Mahmoud's motion to dismiss without prejudice (ECF No. 15) is granted.

It is further ordered that this action has been dismissed in its entirety without prejudice. A dismissal without prejudice allows Mahmoud to refile this action in the future under a new case number.

It is further ordered that Mahmoud's IFP application and motions for various relief (ECF Nos. 1, 1-1, 1-2, 13, 14) are denied as moot.

The Clerk of Court is kindly directed to close the case.

DATED THIS 14th Day of October 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE